THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CRIMINAL CASE NO. 1:13-cr-00043-MR-DLH-4

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **O R D E R** |
| ) | |
| ALBERT TOMES, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

**THIS MATTER** is before the Court on Defendant Albert Tomes's Motion to Join Suppression Motion of Co-Defendant and Participate in the Evidentiary Hearing [Doc. 83].

For the reasons stated in the motion, and for good cause shown, the Defendant's motion is granted.

**IT IS, THEREFORE, ORDERED** that the Defendant's Motion to Join [Doc. 83] is **GRANTED**.

**IT IS SO ORDERED.**

Signed: October 1, 2013

Martin Reidinger
United States District Judge