# THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# CRIMINAL CASE NO. 1:13-cr-00043-MR-DLH-4

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>)<br>ALBERT TOMES, )<br>)<br>Defendant. )<br>_____ ) | <u>O R D E R</u> |

**THIS MATTER** is before the Court on Defendant Albert Tomes's Motion to Join Suppression Motion of Co-Defendant and Participate in the Evidentiary Hearing [Doc. 83].

For the reasons stated in the motion, and for good cause shown, the Defendant's motion is granted.

**IT IS, THEREFORE, ORDERED** that the Defendant's Motion to Join [Doc. 83] is **GRANTED**.

**IT IS SO ORDERED.**   Signed: October 1, 2013

Martin Reidinger
United States District Judge