IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
DOCKET NO.: 1:13-CR-043-MR-DLH

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| (4) ALBERT TOMES, ) | |
| (5) TINA TOMES, ) | |
| (6) KEVIN VICKERS, ) | |
| ) | |
| Defendants. ) | |
| ) | |

**THIS MATTER IS BEFORE THE COURT** *sua sponte* regarding Defendant Tina Tomes' "Motion To Suppress And Memorandum In Support" (Document No. 59) filed August 7, 2013. The motion was referred to the undersigned on September 23, 2013.

**IT IS, THEREFORE, ORDERED** that the parties shall appear on **Thursday, December 5, 2013 at 9:30 a.m. in Courtroom #3, 401 W. Trade Street, Charlotte, North Carolina 28202** for a hearing on the motion to suppress.

**SO ORDERED**.

Signed: November 19, 2013

David C. Keesler
United States Magistrate Judge